# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL KELLY,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | No. 1:16-cv-01577-DAD-JLT (HC)<br><br>**ORDER REGARDING PETITIONER'S MOTION TO PROCEED**<br><br>**(Doc. No. 22)**<br><br>**[THIRTY-DAY DEADLINE]** |

On March 20, 2017, the Court issued Findings and Recommendation to grant Respondent's motion to dismiss for failure to exhaust and to deny Petitioner's motion for stay of proceedings. (Doc. Nos. 14, 17, 20). This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order. On April 6, 2017, Petitioner filed objections to the Findings and Recommendations. (Doc. No. 21). After expiration of the time for filing a reply to objections, the Findings and Recommendation was submitted to the District Judge for review.

On May 3, 2017, Petitioner filed the instant motion to proceed with the petition. He states the California Supreme Court recently issued an order denying his unexhausted claims on April 19, 2017. He claims the petition is now fully exhausted. In light of this new development, the Court will direct Respondent as follows: 1) If it is Respondent's position that the petition still

1

contains unexhausted claims, he shall submit a supplement to his motion to dismiss; or 2) If Respondent concedes the petition is now exhausted, he shall move to withdraw the motion to dismiss.

**ORDER**

Accordingly, the Court orders as follows:

1. **Within thirty days** of the date of service of this Order, Respondent is DIRECTED to file either a supplement to his motion to dismiss, or a motion to withdraw his motion to dismiss;
2. In the event Respondent files a supplement to the motion to dismiss, Petitioner may file a supplement to his opposition with thirty days of the filing of Respondent's supplement.

IT IS SO ORDERED.

Dated: **May 9, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE